Freudenberg, J., concurring.
I write separately only to note concern regarding a juvenile court's acceptance of a nolo contendere or no contest plea in certain proceedings. Statutorily, there are limited responses available to juveniles after petitions are filed in juvenile court alleging violations under Neb. Rev. Stat. § 43-247(1), (2), (3) (b), or (4) (Reissue 2016). Neb. Rev. Stat. § 43-279(1) (Reissue 2016) allows a juvenile to enter an admission to all or part of the allegations made in the petition. Section 43-279(2) sets forth the juvenile court procedures when juveniles deny the allegations contained in the petition or stand mute. However, the Legislature has not established the option for a juvenile to enter a nolo contendere or no contest response under this statute. This statutory absence is further highlighted by the Legislature's decision in Neb. Rev. Stat. § 43-279.01 (Reissue 2016) to make no contest pleas available to parents, custodians, or guardians in § 43-247(3)(a) and (6) proceedings.
While such issue is not reached in the majority opinion, I felt it important to highlight the relevant statutory language which would have been considered had the issue been reached.